OPINION — AG — ** COSMETOLOGY — LICENSE ** A PERSON WHO IS THE HOLDER OF A CURRENT "INSTRUCTORS " LICENSE AND IS OTHERWISE QUALIFIED, SHOULD BE PERMITTED TO RENEW SAME FOR THE ENSUING YEAR BY MAKING PROPER APPLICATION THEREFOR AND PAYING THE $3.00 ANNUAL " OPERATORS " LICENSE FEE, AND THE $5.00 ANNUAL " INSTRUCTOR " LICENSE FEE. (UNREVOKED, LICENSE, CERTIFICATES, REGISTRATION, DORMANCY OF LICENSE, ILLNESS, SICKNESS) CITE: 59 O.S. 199.12 [59-199.12] (MAINARD KENNERLY)